IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| Brian D. Rice | * | |
| Plaintiff, | * | |
| vs. | * | Case No. 13-1612 |
| Sotera Defense Solutions, Inc. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
## F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiff Brian D. Rice, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed WITH PREJUDICE against Sotera Defense Solutions, Inc.

Respectfully submitted,

RIFKIN, LIVINGSTON, LEVITAN & SILVER, LLC

_____/s/_____
Joyce E. Smithey, Esq.
(Bar No. 27531)
225 Duke of Gloucester Street
Annapolis, Maryland  21401
(410) 269-5066 (phone)
(410) 269-1235 (fax)
jsmithey@rlls.com

Attorney for Brian D. Rice

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 24th day of June, 2013, a copy of the Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) was electronically filed and served in accordance with the electronic filing guidelines on:

David R. Warner, Esq.
Venable LLP
8010 Towers Crescent Drive
Suite 300
Tysons Corner, Virginia  22182

*Attorney for Sotera Defense Solutions, Inc.*

                                                  _____/s/_____
                                                   Joyce E. Smithey, Esq.