FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 JUN 24 P 1 12

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

Approved -
C. CAH
USDJ
6/24/13

| | | |
|---|---|---|
| Brian D. Rice | * | |
| Plaintiff, | * | |
| vs. | * | Case No. 13-1612 |
| Sotera Defense Solutions, Inc. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
## F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiff Brian D. Rice, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed WITH PREJUDICE against Sotera Defense Solutions, Inc.

Respectfully submitted,

RIFKIN, LIVINGSTON, LEVITAN & SILVER, LLC

/s/
Joyce E. Smithey, Esq.
(Bar No. 27531)
225 Duke of Gloucester Street
Annapolis, Maryland 21401
(410) 269-5066 (phone)
(410) 269-1235 (fax)
jsmithey@rlls.com

Attorney for Brian D. Rice